In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00250-CR
_____

DAVID KENNETH LOCY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 9th District Court
Montgomery County, Texas
Trial Cause No. 18-04-05315-CR

MEMORANDUM OPINION

On June 19, 2018, the trial court sentenced David Kenneth Locy in Trial Cause Number 18-04-05315-CR. Locy filed a notice of appeal on June 22, 2018. On July 18, 2018, Locy filed a motion for new trial. The trial court granted a motion for new trial on punishment on August 24, 2018, while it maintained plenary power over the case. *See* Tex. R. App. P. 21.8(a). On August 28, 2018, we notified the parties that unless our jurisdiction over the appeal was established, the appeal would be dismissed for lack of jurisdiction. No reply has been filed.

1

The notice of appeal invoked the Court's appellate jurisdiction to review a judgment that has been vacated. The Court finds it lacks jurisdiction over the appeal. Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on September 18, 2018
Opinion Delivered September 19, 2018
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.